IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| In the Matter of the Search of Deveon Antonio Belk by Means of Buccal Swab for DNA | Misc. No. 3:23-cr-825-MCRI |

## ORDER TO UNSEAL

This matter came before the Court on the Government's Motion to Unseal documents related to the Search Warrant in the Matter of the Search of Deveon Antonio Belk by Means of Buccal Swab for DNA in a matter that has been assigned Miscellaneous No. 3:23-cr-00825-MCRI. Having reviewed the Government's Motion to Unseal and for the reasons mentioned in that motion, the Court finds good cause to grant the same.

**IT IS THEREFORE ORDERED** that in the above referenced matter the application for search warrant, the search warrant, and the affidavit in support of search warrant are hereby unsealed in full and the Clerk's Office is directed to place the same on the public docket.

**IT IS SO ORDERED.**

_____
Honorable Shiva V. Hodges
UNITED STATES MAGISTRATE JUDGE

October 11, 2023
Columbia, South Carolina